UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

LEOPARD SOLUTIONS LLC,

                     Plaintiffs,

    -against-

MURRAY LOVE,
LEGALIST, INC.,
XYZ COMPANIES and
JOHN OR JANE DOES 1-10

                     Defendants.

-----------------------------------------------------------------X

Index No. 21-10264

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice as to all Defendants.

Dated: New York, New York
        December 23, 2021

Respectfully submitted,

COWAN, LIEBOWITZ & LATMAN, P.C.

<u>/s/ Jeremy A. Berman</u>
Meichelle R. MacGregor (mrm@cll.com)
Jeremy A. Berman (jab@cll.com)
114 West 47th Street
New York, New York 10036-6799
(212) 790-9200

*Attorneys for Plaintiff Leopard Solutions LLC*